**Criminal Case Cover Sheet**            **U.S. District Court**

**Place of Offense:**
City __Hagåtña__

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number __MJ-06-00032__
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: __X__ Yes ____ No

Defendant Name __Min Chul Kim__

Alias Name __Michael Kim__

Address _____

Birthdate __xx/xx/1971__ SS# ____ Sex __M__ Race __A__ Nationality ____

**U.S. Attorney Information:**

AUSA __Rosetta San Nicolas__

Interpreter: __X__ No ____ Yes    List language and/or dialect: _____

**RECEIVED DEC 22 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date __12/22/06__

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__    ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiray | 1 |
| Set 2 | 18 USC 1341 & 2 | Mail Fraud | 2 |
| Set 3 | 18 USC 1343 & 2 | Wire Fraud | 3 |
| Set 4 | | | |

(May be continued on reverse)

Date: __12/22/06__    Signature of AUSA: _____