# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00032  DATE: December 22, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 11:24:09 - 11:32:10
CSO: B. Pereda

**APPEARANCES:**
Defendant: Min Chul Kim aka Michael Kim  Attorney: Richard Arens
☒ Present ☒ Custody ☐ Bond ☐ P.R.  ☒ Present ☐ Retained ☒ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent: Mark LaFleur, FBI
U.S. Probation: Christopher Duenas  U.S. Marshal: V. Roman
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance / Petition for Removal / Identity Hearing**
- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant advised of his rights and charges.
- Waiver of Identity executed.
- Warrant of Removal issued. Defendant to be removed to the Southern District of New York.

NOTES: