DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>**MIN CHUL KIM aka MICHAEL KIM**,<br><br>        Defendant. | MAGISTRATE CASE NO. **06-00032**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 22nd day of December, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

ORIGINAL