FILED
DISTRICT COURT OF GUAM
DEC 22 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00032 |
| Plaintiff, | ) | |
| vs. | ) | **WARRANT OF REMOVAL** |
| MIN CHUL KIM, aka MICHAEL KIM, | ) | |
| Defendant. | ) | |

TO: U.S. MARSHAL
   District of Guam

An Indictment for defendant, MIN CHUL KIM aka MICHAEL KIM, having been filed in the United States District Court for the Southern District of New York, Docket No. 06-CRIM-1100, charging MIN CHUL KIM aka MICHAEL KIM, with Conspiracy, Mail Fraud, and Wire Fraud and a Warrant for Arrest having issued for his arrest, and

Said MIN CHUL KIM aka MICHAEL KIM, having been arrested in this District on a warrant of arrest issued pursuant to the above indictment, admitted identity, and to being held to answer in the Southern District of New York, MIN CHUL KIM aka MICHAEL KIM is committed to your custody pending removal to the Southern District of New York;

You are therefore commanded to remove MIN CHUL KIM aka MICHAEL KIM

ORIGINAL

forthwith to the Southern District of New York and there deliver him to the United States Marshal for the District or to some other officer authorized to received him.

DATED this 22nd day of December 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR
U.S. Magistrate Judge
District Court of Guam