1  LEONARDO M. RAPADAS
2  United States Attorney
   ROSETTA SAN NICOLAS
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza.
4  108 Hernan Cortez Ave.
   Hagåtña, Guam 96910
5  PHONE: 472-7332
6  FAX: 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

DEC 22 2006 mᵇᵃ

**MARY L.M. MORAN
CLERK OF COURT**

8

9          IN THE UNITED STATES DISTRICT COURT

10            FOR THE TERRITORY OF GUAM

11

12  UNITED STATES OF AMERICA,          ) MAGISTRATE CASE NO. 06-00032
                                       )
13                   Plaintiff,        )
                                       )
14          vs.                        )        **O R D E R**
                                       )
15  MIN CHUL KIM,                      )
16  aka MICHAEL KIM,                   )
                                       )
17                   Defendant.        )
18  _____)

19

20       MIN CHUL KIM aka MICHAEL KIM, having been arrested in the District of Guam on

21  a Warrant of Arrest, and having waived identity, MIN CHUL KIM aka MICHAEL KIM, is

22  committed to the U.S. Marshal's Office for the District of Guam for removal to the Southern

23  District of New York and there deliver him to the U.S. Marshal for the Southern District of New

24  York or to some other officer authorized to receive him.

25

26  
27  _December 22, 2006_
        DATE
28

        JOAQUIN V. E. MANIBUSAN, JR.
        U.S. Magistrate Judge

**ORIGINAL**