ORIGINAL

Seal Record.Kim

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC 29 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>        vs.                          )<br>                                     )<br>                                     )<br>MIN CHUL KIM,                        )<br>a/k/a MICHAEL KIM,                   )<br>            Defendant.               )<br>_____) | MAGISTRATE CASE NO. 06-00032<br><br>**UNITED STATE'S APPLICATION TO SEAL RECORD** |

COMES NOW the United States moves this Honorable Court for an order sealing the record, in the above-entitled case, for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

RESPECTFULLY SUBMITTED this 29th day of December, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA SAN NICOLAS
Assistant U.S. Attorney