Order MJ 06-00032

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00032 |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| MIN CHUL KIM, ) | |
| a/k/a MICHAEL KIM, ) | |
| Defendant. ) | |

This matter having come before this Honorable Court based on the United States' Application to Seal the Record in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the record be sealed *nunc pro tunc* to December 22, 2006, until otherwise ordered by the Court.

<u>  December 29, 2006  </u>
         DATE

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**