Unseal.App.Kim

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

JAN - 3 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00032 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATE'S APPLICATION** |
| | ) | **TO UNSEAL THE RECORD** |
| MIN CHUL KIM, | ) | |
| a/k/a MICHAEL KIM, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States and moves this Honorable Court for an Order unsealing the record, in the above-captioned matter, for the reason that the investigation in this case is now complete and there is no further reason for these proceedings to remain silent.

Respectfully submitted this 3rd day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By:  _____
ROSETTA SAN NICOLAS
Assistant U.S. Attorney